UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re:<br>JOHN ROSENBALM and<br>BETSY DIANE ROSENBALM, | ) <br> ) <br> ) <br> ) | BK No.: 13-80537 <br><br> Chapter: 13 <br> Honorable Thomas M. Lynch |
| JOHN ROSENBALM and<br>BETSY DIANE ROSENBALM,<br><br>BMO HARRIS BANK, N.A., | Debtor(s) ) <br> ) <br> ) <br> Plaintiff(s) ) <br> ) <br> ) <br> ) <br> Defendant(s) ) | Adv. No.: 13-96035 |

AGREED JUDGMENT ORDER *and agreed Judgment (mtl)*

THIS MATTER coming on to be heard on the Adversary Complaint of the Plaintiffs and on the *request for* ~~Plaintiff's Motion for Default and~~ Entry of ~~Judgment~~ *Default*, the parties having reached an agreement, and the *parties* Court being fully advised in the premises:

IT IS HEREBY ORDERED as follows:

1. The secured claim of the Defendant for a second mortgage is secured in the amount of $0.00, and the full claim, of $198,153.28 is classified as non-priority, general unsecured and shall be paid as such in accordance with the Debtors/Plaintiffs' Chapter 13 Plan;

2. The avoidance of the second mortgage of the Defendant is contingent upon the Debtors/Plaintiffs' successful completion of the Chapter 13 Plan, and the Debtors/Plaintiffs' receipt of a Chapter 13 discharge.

3. Upon completion of the Chapter 13 Plan payments to all creditors including the Defendant and entry of discharge, the Defendant will release its security interest within 60 days by filing a release of mortgage on the property commonly known as 2121 Everett Street, Mount Morris, Illinois 61054.

4. The Defendant shall retain its lien for the full amount due under the subject loan should the subject property be sold or should a refinance take place prior to the Chapter 13 Plan completion and entry of a discharge.

5. The Defendant shall retain its lien for the full amount due under the subject loan in the event of either the dismissal of the Debtors/Plaintiffs' Chapter 13 case or the conversion of the Debtors/Plaintiffs' Chapter 13 case to a Chapter 7 under the United States Bankruptcy Code.

6. In the event that any entity, including the holder of the first lien of the Subject Property, forecloses on its security interest and extinguishes the Defendant's lien prior to the Debtors/Plaintiffs' completion of the Chapter 13 Plan and receipt of a Chapter 13 discharge, the Defendant's lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the subject loan balance at the time of sale.

Rev: 20130103_apo

READ AND APPROVED BY:
BMO Harris Bank, N.A.
Defendant/Creditor

BY: *Colleen McManus*
Colleen McManus, its attorney

AND

JOHN ROSENBALM and BETSY ROSENBALM
Debtors/Plaintiffs

BY: *Tiffany E. Rodriguez*
Tiffany E. Rodriguez, their attorney

Dated:   JUN 14 2013

Enter:

*Thomas Lynch*
United States Bankruptcy Judge

Prepared by:
Tiffany E. Rodriguez (6300699)
BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
trodriguez@bslbv.com

Rev: 20130103_apo